SARAH SCHELDON, Respondent, v. MADEO HOLDING CORPORATION and Others, Defendants; SAMUEL C. DAVID, Attorney for Plaintiff, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, November thirteenth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BECKRIDGE CORPORATION, Respondent, v. JACOB F. RASKIN, Appellant, and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, November thirtieth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SAUL I. AGULNEK, an Attorney and Counselor at Law.— Because of the unsatisfactory state of the testimony in this matter, the charges are dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Removal of ROBERT FROST, Superintendent of Highways of the Town of Fishkill, County of Dutchess and State of New York.— Application for leave to withdraw motion granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

DAGMAR OLSEN, as Administratrix, etc., of MICHAEL OLSEN, Deceased, Respondent, v. PATENT SCAFFOLDING COMPANY, Respondent, and HENRY MANDEL BUILDING CO., INC., Appellant; THE MICWEIL COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

CHARLES E. ALDRICH, JR., Respondent, v. TURNER, CARTER COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

DOROTHY ARNOLD, Respondent, v. TERMINAL CAB CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CHARLES W. BANKER, Respondent, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, Respondent.— Order denying defendant's motion to bring in parties defendant and order granting in part and denying in part plaintiff's motion to strike out the defenses contained in the answer affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.